Catherine S. Nasser (State Bar No. 246191)
cnasser@JonesDay.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:    +1.415.626.3939
Facsimile:     +1.415.875.5700
*Designated as Counsel for Service

Donald J. Munro (*pro hac vice* application forthcoming)
dmunro@jonesday.com
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001
Telephone:    +1.202.879.3939
Facsimile:     +1.202.626.1700

Attorneys for Defendant,
UNION PACIFIC RAILROAD COMPANY

ADDITIONAL COUNSEL ON SIGNATURE PAGE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **BONNIE TYRREL,** | **Case No. 2:15-cv-02048-JAM-KJN** |
| Plaintiff, | **JOINT STIPULATION AND ORDER TO STAY PROCEEDINGS FOR THIRTY DAYS** |
| v. | |
| **UNION PACIFIC RAILROAD COMPANY and DOES 1 through 50, inclusive,** | |
| **Defendants.** | |

Plaintiff Bonnie Tyrrel and Defendant Union Pacific Railroad Company, hereby request and jointly stipulate to stay of all proceedings in this case for a period of thirty (30) days.

**Recitals**

**WHEREAS** Plaintiff and Defendant (collectively, "the Parties") are actively engaged in settlement negotiations and would like the opportunity to continue those discussions before advancing litigation further and potentially wasting judicial resources;

**WHEREAS** "the power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its own docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936)). "[T]he law favors and encourages compromise settlements," *Ahern v. Cent. Pac. Freight Lines*, 846 F.2d 47, 48 (9th Cir. 1988), and courts routinely order stays to facilitate settlement efforts. *See, e.g.*, 13B Charles A. Wright, et al., Federal Practice & Procedure § 3533.2 (2009) ("[A] court may stay proceedings if the parties are working toward settlement . . . .");

**WHEREAS** the Parties agree that a stay is desirable both to facilitate their settlement efforts and to conserve judicial resources. *See White v. Novartis Pharm. Corp.*, No. 06-cv-00665, 2006 WL 1409556, at *1 (E.D. Cal. May 22, 2006) ("[B]ecause the parties appear to be in agreement that a stay is warranted, or at least acceptable, the court sees no reason not to exercise its inherent power to issue one.");

**NOW, THEREFORE**, for the foregoing reasons, the Parties jointly stipulate that it is in the interests of all concerned and will promote judicial economy to stay this case in its entirety as set forth below, or on such other terms as the Court may order:

1. This case shall be stayed and all associated dates and deadlines vacated. The stay shall remain in effect for a period of 30 days.

2. Within the 30-day stay period, the Parties shall meet and confer in good faith to explore settlement.

3. Should the case be resolved, the Parties will notify the Court promptly by filing appropriate dispositional documents.

4. Should the case not be resolved, the Parties will notify the Court at the close of the 30-day period so that the Court may issue a new scheduling order.

Dated: December 1, 2015    BOHM LAW GROUP

By:   /s/ Kelsey K. Ciarimboli (as authorized on 12/1/15)
      Kelsey K. Ciarimboli

Attorneys for Plaintiff
BONNIE TYRELL

Dated: December 1, 2015    JONES DAY

By:   /s/ Catherine S. Nasser
      Catherine S. Nasser

Attorneys for Defendant
UNION PACIFIC RAILROAD COMPANY

Case No. 2:15-cv-02048-JAM-KJN    -3-    JOINT STIP. AND [PROPOSED] ORDER TO STAY PROCEEDINGS FOR THIRTY DAYS

**ORDER**

Pursuant to the joint stipulation of the Parties:

1. This case shall be stayed and all associated dates and deadlines vacated. The stay shall remain in effect for a period of 30 days.

2. Within the 30-day stay period, the Parties shall meet and confer in good faith to explore settlement.

3. Should the case be resolved, the Parties will notify the Court promptly by filing appropriate dispositional documents.

4. Should the case not be resolved, the Parties will notify the Court at the close of the 30-day period so that the Court may issue a new scheduling order.

**IT IS SO ORDERED.**

Dated:   12/1/2015                         /s/ John A. Mendez_____
                                            JOHN A. MENDEZ
                                            UNITED STATES DISTRICT COURT JUDGE