Catherine S. Nasser (State Bar No. 246191)
cnasser@JonesDay.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:	+1.415.626.3939
Facsimile:	+1.415.875.5700
*Designated as Counsel for Service

Donald J. Munro (*pro hac vice* application forthcoming)
dmunro@jonesday.com
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001
Telephone:	+1.202.879.3939
Facsimile:	+1.202.626.1700

Attorneys for Defendant,
UNION PACIFIC RAILROAD COMPANY

ADDITIONAL COUNSEL ON SIGNATURE PAGE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **BONNIE TYRREL,**<br><br>         **Plaintiff,**<br><br>    v.<br><br>**UNION PACIFIC RAILROAD COMPANY and DOES 1 through 50, inclusive,**<br><br>         **Defendants.** | **Case No. 2:15-cv-02048-JAM-KJN**<br><br>**SECOND JOINT STIPULATION AND ORDER TO STAY PROCEEDINGS FOR THIRTY DAYS** |

Plaintiff Bonnie Tyrrel and Defendant Union Pacific Railroad Company, hereby request and jointly stipulate to a second stay of all proceedings in this case for an additional period of thirty (30) days.

**Recitals**

**WHEREAS** the Court previously authorized a stay of 30 days to enable the Plaintiff and Defendant (collectively, "the Parties") to attempt to negotiate a settlement; and

**WHEREAS** the Parties have recently reached an agreement in principle to settle their dispute, and are actively engaged in negotiating and documenting the details of that agreement; and

**WHEREAS** "the power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its own docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936)). "[T]he law favors and encourages compromise settlements," *Ahern v. Cent. Pac. Freight Lines*, 846 F.2d 47, 48 (9th Cir. 1988), and courts routinely order stays to facilitate settlement efforts. *See, e.g.*, 13B Charles A. Wright, et al., Federal Practice & Procedure § 3533.2 (2009) ("[A] court may stay proceedings if the parties are working toward settlement . . . ."); and

**WHEREAS** the Parties agree that a further stay is desirable both to enable them to finalize their settlement and to conserve judicial resources. *See White v. Novartis Pharm. Corp.*, No. 06-cv-00665, 2006 WL 1409556, at *1 (E.D. Cal. May 22, 2006) ("[B]ecause the parties appear to be in agreement that a stay is warranted, or at least acceptable, the court sees no reason not to exercise its inherent power to issue one.");

**NOW, THEREFORE**, for the foregoing reasons, the Parties jointly stipulate that it is in the interests of all concerned and will promote judicial economy to continue to stay this case in its entirety as set forth below, or on such other terms as the Court may order:

1. This case shall continue to be stayed and all associated dates and deadlines vacated. The stay shall remain in effect for a period of 30 additional days.

2. Within the additional 30-day stay period, the Parties shall meet and confer in good faith to finalize their agreement in principle.

3. When the settlement agreement is final, the Parties will notify the Court promptly by filing appropriate dispositional documents.

4. Should the case not be resolved, the Parties will notify the Court at the close of the additional 30-day period so that the Court may issue a new scheduling order.

Dated: December 30, 2015     BOHM LAW GROUP

By:   /s/ Kelsey K. Ciarimboli
      Kelsey K. Ciarimboli

Attorneys for Plaintiff
BONNIE TYRELL

Dated: December 30, 2015     JONES DAY

By:   /s/ Catherine S. Nasser
      Catherine S. Nasser

Attorneys for Defendant
UNION PACIFIC RAILROAD COMPANY

**ORDER**

Pursuant to the joint stipulation of the Parties:

1. This case shall be stayed and all associated dates and deadlines vacated. The stay shall remain in effect for a period of 30 days.

2. Within the 30-day stay period, the Parties shall meet and confer in good faith to finalize their agreement in principle.

3. When the settlement agreement is final, the Parties will notify the Court promptly by filing appropriate dispositional documents.

4. Should the case not be resolved, the Parties will notify the Court at the close of the 30-day period so that the Court may issue a new scheduling order.

**IT IS SO ORDERED.**

Dated:   12/31/2015                        /s/ John A. Mendez_____
                                           JOHN A. MENDEZ
                                           UNITED STATES DISTRICT JUDGE