1  Catherine S. Nasser (State Bar No. 246191)
   cnasser@JonesDay.com
2  JONES DAY
   555 California Street, 26th Floor
3  San Francisco, CA  94104
   Telephone:    +1.415.626.3939
4  Facsimile:    +1.415.875.5700
   *Designated as Counsel for Service
5
   Attorneys for Defendant,
6  UNION PACIFIC RAILROAD COMPANY

7  ADDITIONAL COUNSEL ON SIGNATURE PAGE

8

9                    UNITED STATES DISTRICT COURT

10                 EASTERN DISTRICT OF CALIFORNIA

11                      SACRAMENTO DIVISION

12

13  **BONNIE TYRREL,**                    | **Case No. 2:15-cv-02048-JAM-KJN**

14              **Plaintiff,**            | **JOINT STIPULATION AND ORDER
                                          | FOR DISMISSAL OF COMPLAINT**
15         **v.**                         | **WITH PREJUDICE**

16  **UNION PACIFIC RAILROAD
    COMPANY and DOES 1 through 50,**
17  **inclusive,**

18              **Defendants.**

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF COMPLAINT WITH PREJUDICE

1    Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Bonnie Tyrrel ("Plaintiff") and

2    Defendant Union Pacific Railroad Company ("Defendant") by and through their respective

3    counsel hereby request and jointly stipulate that the complaint and all claims asserted in the

4    above-referenced action by and between Plaintiff and Defendant be dismissed with prejudice.

5

6

7    Dated: January 27, 2016          BOHM LAW GROUP, INC.

8                                     By:    /s/ Kelsey K. Ciarimboli (as authorized o 1/27/16)
9                                            Kelsey K. Ciarimboli

10

11                                    Attorneys for Plaintiff
                                      BONNIE TYRELL

12

13   Dated: January 27, 2016          JONES DAY

14                                     By:    /s/ Catherine S. Nasser
15                                            Catherine S. Nasser

16

17                                    Attorneys for Defendant
                                      UNION PACIFIC RAILROAD COMPANY

18

19

20

21

22

23

24

25

26

27

28

- 2 -

1

**ORDER**

2          Pursuant to Federal Rule of Civil Procedure 41 and the joint stipulation of the Parties,

3    Plaintiff's complaint and all claims asserted therein is dismissed with prejudice.

4

5    **IT IS SO ORDERED.**

6

7    Dated:   1/27/2016                                    /S/ John A. Mendez
                                                            JOHN A. MENDEZ
8                                                           UNITED STATES DISTRICT COURT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF COMPLAINT WITH PREJUDICE